UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

CENTER FOR INDEPENDENCE OF THE
DISABLED, NEW YORK, a nonprofit organization;
DUSTIN JONES, and individual; MYRNA
DRIFFIN, and individual; on behalf of themselves
and all others similarly situated,

                      Plaintiffs,

-against-

THE CITY OF NEW YORK, NEW YORK CITY
DEPARTMENT OF TRANSPORTATION, and
POLLY TROTTENBERG, in her official capacity as
Commissioner of the New York City Department of
Transportation,

                      Defendants.

No. 14 Civ. 5884 (GBD)

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Michelle Anne Caiola of Disability Rights Advocates hereby appears as counsel in this matter for Plaintiffs, and requests to receive notice of all docket events via the Electronic Case Filing system.

I certify that I am admitted to practice in this Court.

Dated:  March 9, 2015
         New York, New York

Respectfully submitted,

DISABILITY RIGHTS ADVOCATES

Michelle A. Caiola (MC2110)
DISABILITY RIGHTS ADVOCATES
40 Worth Street, Tenth Floor
New York, NY 10113
Tel:  (212) 644-8644
Fax:  (212) 644-8636
TTY:  (877) 603-4579
*Attorneys for Plaintiffs*
mcaiola@dralegal.org