UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

CENTER FOR INDEPENDENCE OF THE
DISABLED, NEW YORK et al.,

                Plaintiffs,

-against-

THE CITY OF NEW YORK, et al.,

                Defendants.

No. 1:14-cv-05884 (GBD) (KNF)

**NOTICE OF MOTION TO WITHDRAWAL OF COUNSEL**

      TO: The Clerk of the Court and All Parties of Record:

      PLEASE TAKE NOTICE THAT pursuant to Rule 1.4 of the Local Rules for the United States District Court for the Southern District of New York, I, Stuart John Seaborn, am no longer associated with Disability Rights Advocates and request to be removed from the Court's service list with respect to the above reference action.  The above captioned case is currently stayed pending renewal.  I am not asserting, retaining or charging lien.  Sid Wolinsky, Michelle Caiola, Rebecca Rodgers, Jelena Kolic of Disability Rights Advocates and Daniel L. Brown of Sheppard Mullin Richter & Hampton, LLP continue to serve as counsel for Named Plaintiffs, Center for Independence of the Disabled, New York; Dustin Jones; and Myrna Driffin, and for the proposed class. All future correspondence and papers in this action should continue to be directed to them.

Dated:  September 22, 2017  Respectfully submitted,
New York, New York

_____
Stuart Seaborn (CA Bar No. 198590)*
Disability Rights California
1330 Broadway, Suite 500
Oakland, CA 94612
Tel: 510-267-1200
Fax: 510-267-1201
Email: Stuart.Seaborn@disabilityrightsca.org
*Attorneys for Plaintiffs*
*Admitted *pro hac vice*