UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CENTER FOR THE INDEPENDENCE OF THE
DISABLED, NEW YORK, A NON PROFIT
ORGANIZATION, ET AL.,

                    Plaintiff,

       -against-                      ORDER

CITY OF NEW YORK, ET AL.,             14-CV-5884 (GBD)(KNF)

                    Defendant.
------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

      IT IS HEREBY ORDERED that a telephone conference will be held with the parties on February 11, 2020, at 2:30 p.m. The parties shall call (888) 557-8511 and, thereafter, enter access code 4862532.

Dated: New York, New York
       January 28, 2020

SO ORDERED:

_Kevin Nathaniel Fox_
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE