

**California Office**
2001 Center Street, 4th Floor
Berkeley, CA 94704-1204
Tel: (510) 665-8644
Fax: (510) 665-8511
**www.dralegal.org**

**New York Office**
655 Third Avenue, 14th Floor
New York, NY 10017-5621
Tel: (212) 644-8644
Fax: (212) 644-8636
**www.dralegal.org**

**BOARD OF DIRECTORS**
William F. Alderman
*Orrick, Herrington & Sutcliffe LLP*
Natalie Aliga
*Wells Fargo Government & Community Relations Group*
Nana A. Antwi-Ansorge
*Attorney*
Daniel L. Brown
*Sheppard Mullin Richter & Hampton LLP*
Chris Coleman
*First Republic Bank*
Linda Dardarian
*Goldstein, Borgen, Dardarian & Ho*
Ernest Galvan
*Rosen Bien Galvan & Grunfeld LLP*
Edward Gildea
*FisherBroyles, LLP*
Melissa "echo" Greenlee
*deaffriendly.com*
Pat Kirkpatrick
*Fundraising Consultant*
Joshua Konecky
*Schneider Wallace Cottrell Konecky Wotkyns LLP*
Janice L. Lehrer-Stein
*NCD Member and FFB Trustee*
Srin Madipalli
*Airbnb*
Daniel S. Mason
*Furth Salem Mason & Li LLP*
Allison May
*Davis Wright Tremaine LLP*
Steven P. Ragland
*Keker, Van Nest & Peters LLP*
Cristina Rubke
*Shartsis Friese LLP*
Scott Smigel
*Arcana Corporation*
Michael P. Stanley
*Attorney*

**EAST COAST ADVISORY BOARD**
David J. Abrams
*Kasowitz Benson Torres LLP*
Rebecca Alexander
*LCSW-R, MPH*
Josef Ansorge
*Quinn Emanuel Urquhart & Sullivan, LLP*
Sasha Blair-Goldensohn
*Google*
Andrew Brozman
*Clifford Chance US LLP*
Evan Davis
*Cleary Gottlieb Steen & Hamilton, LLP*
Robert Egan
*Retired*
Robyn Ruderman
*Starbucks Corporation*
Stephen G. Foresta
*Orrick, Herrington & Sutcliffe LLP*
Karen Kaplowitz
*The New Ellis Group*
Jeffrey Miller
Jean Mitchell
*J.D., M.S.O.T.*
Wayne Outten
*Outten & Golden LLP*
Emma Rhodes
*Media Consultant*
Douglas J. Szukics
*JPMorgan Chase & Co.*

April 23, 2020                                        *VIA ECF*

Honorable Kevin N. Fox
Thurgood Marshall
United States Courthouse
Southern District of New York
40 Foley Square
New York, NY 10007

> **Re:** ***Eastern Paralyzed Veterans Association, n/k/a United Spinal Association v. City of New York*, Case No. 94 CV 0435 (GBD KNF); *Center for Independence of the Disabled, New York, et al., v. City of New York*, Case No. 14 CV 5884 (GBD) (KNF)**

Dear Judge Fox:

We write, with Stulberg & Walsh, LLP, as Plaintiffs' Class Counsel in the above-captioned matters, to update Your Honor with the following newly-received information concerning appointment of a court monitor pursuant to Section 22 of the parties' Settlement Agreement and Release of Claims, 31-35, ECF No. 221-1 and 222 ("Settlement Agreement" or "Agreement"): John Harshbarger of Cole & Associates Engineering ("CAE"), one of the engineers who will serve as lead on Plaintiffs' proposed Joint Venture for the court monitor position, has been issued a New York State Professional Engineering license.

As Your Honor is aware, the Agreement requires that the monitor be a New York State licensed Professional Civil Engineer ("P.E."). *Id.* at 32. Further, as Plaintiffs set forth in their letter dated December 3, 2019 and explained during the February 11, 2020 conference in this matter, the parties have agreed that if the candidate is a firm, the licensure requirement will be considered fulfilled if the firm either employs a New York-licensed Professional Engineer or incorporates into its proposal a robust role for a firm employing a New York-licensed Professional Engineer. *See* Plaintiffs' Notice of Proposed Court Monitor, 2, ECF No. 237.

Consistent with that understanding, Plaintiffs have proposed that the court monitor role be fulfilled through a joint venture between Evan Terry Associates ("ETA") and CAE. As Plaintiffs' proposal sets forth, CAE's President and CEO is a Civil Engineer who holds Professional Engineering licenses in 40 states, including New York; moreover, two additional CAE Civil Engineers, who would be serving as leads for the court monitor position, John Harshbarger and Mike Vonderheide, committed to obtaining New York State P.E. licensure. *Id.* at 2, 5.

April 23, 2020
Page 2

_____

        This past week, CAE advised us that the State of New York has approved Mr. Harshbarger's P.E. licensure application.[1] Confirmation of this approval can be found online at the following link: http://www.nysed.gov/coms/op001/opsc2a?profcd=16&plicno=102710&namechk=HAR.

        Given that the New York P.E. licensure application for CAE Civil Engineer Mike Vonderheide was submitted at the same time as Mr. Harshberger's, we anticipate that Mr. Vonderheide's New York P.E. license will be issued shortly.

        We appreciate Your Honor's time and attention in this matter.

Dated: April 23, 2020
New York, NY

                                  DISABILITY RIGHTS ADVOCATES


                                  _____
                                  Michelle Caiola
                                  Rebecca Rodgers
                                  655 Third Avenue, 14th Floor
                                  New York, NY 10017

                                  Jelena Kolic
                                  10 South LaSalle Street, 18th Floor
                                  Chicago, IL 60613

                                  STULBERG & WALSH, LLP

                                  Robert B. Stulberg
                                  Julie Dabrowski
                                  One Penn Plaza, Suite 2601
                                  New York, NY 10119

_____

[1] As Plaintiffs' proposal notes, Mr. Harshbarger holds a Bachelor of Science degree in Civil Engineering. *See* Plaintiffs' Response to Defendants' Monitor Proposal, Ex. A, 18, ECF No. 239-1.