```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
CENTER INDEPENDENCE OF THE DISABLED,
NEW YORK, a nonprofit organization, et al.,         :

                              Plaintiffs,           :

        - against -                                 :          ORDER

THE CITY OF NEW YORK, et al.,                       :          14-CV-5884 (GBD)(KNF)

                              Defendant.            :
------------------------------------------------------------------------X
```

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

To participate in the telephone conference scheduled for October 29, 2020, at 10:45 a.m., the parties shall use dial in number (888) 557-8511 and, thereafter, enter access code 4862532.

Dated:  New York, New York                SO ORDERED:
        October 28, 2020

                                          _____
                                          KEVIN NATHANIEL FOX
                                          UNITED STATES MAGISTRATE JUDGE